CITY BANK FARMERS TRUST COMPANY, a Corporation, as Trustee of a Trust under Agreement of William Waldorf Astor Dated May 2, 1911, for the Benefit of Waldorf Astor, and known as the "Real Property Trust", Plaintiff-Appellee, v. Jane M. HOEY, as Executrix of the Estate of James J. Hoey, Deceased, Defendant-Appellant.

No. 62.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

Howard F. Corcoran, U. S. Atty., of New York City (Marvin M. Notkins, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Mitchell, Taylor, Capron & Marsh, of New York City (Charles Angulo, John J. Smith, and Carter T. Louthan, all of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below, 52 F.Supp. 665.

David SWIFT, Jr., a Minor, by his Father, David Swift, Sr., and his Mother, Esther Swift, as Parents and Next Friends, and David Swift, Sr., and Esther Swift, in Their Own Rights, v. Otha HOFFER and Paul Keslar, Appellants.

No. 8356.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 4, 1943.

Decided Nov. 18, 1943.

Rehearing Denied Dec. 11, 1943.

Carl W. Brueck, of Pittsburgh, Pa., for appellant Hoffer.

Paul E. Hutchinson, of Pittsburgh, Pa. (Sheriff, Lindsay, Weis & Hutchinson, of Pittsburgh, Pa., on the brief), for appellant Keslar.

James P. McArdle, of Pittsburgh, Pa. (Harry J. Nesbit, of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

Frederick A. VAN DENBERGH, Jr., Trustee of Estate of Philadelphia Consistory Sublime Princes Royal Secret 32nd Degree Ancient Accepted Scottish Rite, v. James A. WALKER, Appellant.

SAME v. J. Webster JONES, Appellant.

Nos. 8445, 8446.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 7, 1943.

Decided Dec. 13, 1943.

George E. Beechwood, of Philadelphia, Pa., for appellant Walker.

Frank Streeper, Jr., of Philadelphia, Pa. (Conlen, LaBrum & Beechwood, of Philadelphia, Pa., on the brief), for appellant Jones.

Thomas P. Mikell, of Philadelphia, Pa., for appellee.

Before JONES, GOODRICH and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

The facts found by the trial court are fully supported by the evidence and justify the judgments appealed from, each of which is affirmed for the reasons given in the opinion of Judge Bard for the District Court, 47 F.Supp. 549.